Argued and submitted January 31, judicial review dismissed February 26, 1992

## MARK KIMBALL GOULD,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A67337)

825 P2d 298

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.